# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ARTRESE BOSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASHCALL, INC.,<br><br>Defendant. | CASE NO. 13CV175 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO COMPLAINT AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS CLAIMS**<br><br>(ECF No. 14) |
|---|---|

Presently before the Court is the parties' Joint Motion to Dismiss With Prejudice as to Complaint and Without Prejudice as to Putative Class Claims. (ECF No. 14). Good cause appearing, the Court **GRANTS** the motion. **IT IS HEREBY ORDERED** that pursuant to the parties' stipulation to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Furthermore, the putative class claims are dismissed without prejudice. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

DATED: June 7, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge